IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Daman, | ) | |
| Plaintiff, | ) | Civil Action No. 2:22CV01020-DSC |
| | ) | |
| VS. | | |
| FirstEnergy Corp., FirstEnergy Nuclear Operating | ) | |
| Company, and Energy Harbor Nuclear Corp., | ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT**

 Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

 Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for FirstEnergy Corp._____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

7/20/2022                 *[signature]*
Date                      Signature of Attorney or Litigant

Revision Date: November 1, 2016