IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Thomas Daman,                        )
Plaintiff,                           )     Civil Action No. 2:22CV01020-DSC
                                     )
         VS.                         
FirstEnergy Corp., FirstEnergy Nuclear Operating  )
Company, and Energy Harbor Nuclear Corp.,    )
Defendants.                          )

**DISCLOSURE STATEMENT**

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for FirstEnergy Nuclear Operating Company n/k/a Energy Harbor Nuclear Operating Company, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

7/20/2022                                      _[signature]_____
Date                                           Signature of Attorney or Litigant

Revision Date: November 1, 2016