IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Daman, | ) | |
| Plaintiff, | ) | Civil Action No. 2:22CV01020-DSC |
| | ) | |
| VS. | | |
| FirstEnergy Corp., FirstEnergy Nuclear Operating | ) | |
| Company, and Energy Harbor Nuclear Corp., | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Energy Harbor Nuclear Corp._____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

7/20/2022                 _____
Date                     Signature of Attorney or Litigant

Revision Date: November 1, 2016